**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **LINEAR GROUP SERVICES, LLC**<br><br> *Plaintiff and Counter-Defendant,*<br>v.<br><br>**ATTICA AUTOMATION, INC.**<br><br> *Defendant and Counterclaimant,*<br><br>**and**<br><br>**ND INDUSTRIES, INC.,**<br><br> *Counter-Defendant.* | Case No. 2:13-cv-10108-GAD-MKM<br><br>Hon. Gershwin A. Drain<br>Magistrate Judge Mona K. Majzoub |

## STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

 Pursuant to E.D. Mich. LR 83.4, Attica Automation, Inc. makes the following disclosure:

Is said corporate party a subsidiary or affiliate of a publicly-owned corporation?
   YES _____  NO __X__

Is there a publicly-owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?
   YES _____  NO __X__

Dated: February 28, 2013

       Respectfully submitted,
       **BROOKS KUSHMAN P.C.**

        /s/ Robert C.J. Tuttle
       ROBERT C.J. TUTTLE (P25222)
       JOHN E. NEMAZI (P33285)
       1000 Town Center, Twenty-Second Floor
       Southfield, Michigan 48075
       Tel:  (248) 358-4400 / Fax:  (248) 358-3351
       Email: rtuttle@brookskushman.com
         jnemazi@brookskushman.com
        *Attorneys for Defendant*



## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on <u>February 28, 2013</u>, I electronically filed the foregoing **STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST** with the Clerk of the Court for the Eastern District of Michigan using the ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

I also certify that I have mailed by United States Postal Service the paper to the following non-participants in the ECF System:  None.

**BROOKS KUSHMAN P.C.**

 /s/ Robert C.J. Tuttle
ROBERT C.J. TUTTLE (P25222)
JOHN E. NEMAZI (P33285)
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Telephone:  (248) 358-4400
Facsimile:   (248) 358-3351
Email: rtuttle@brookskushman.com
           jnemazi@brookskushman.com

*Attorneys for Defendant*

