UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINEAR GROUP SERVICES, LLC,

   Plaintiff,

                 Case No. 13-cv-10108
                 HON. GERSHWIN A. DRAIN

vs.

ATTICA AUTOMATION, INC.,


   Defendant,

and

ND INDUSTRIES, INC.,

   Counter-Defendant.
_____/

**ORDER DENYING LINEAR GROUP SERVICES, LLC'S AND ND INDUSTRIES, INC'S ORAL MOTIONS FOR JUDGMENT AS A MATER OF LAW**

   Trial commenced in the instant patent action on September 2, 2014. After Attica Automation, Inc., rested, Linear Group Services, LLC ("Linear") and ND Industries, Inc. ("NDI") orally moved for judgment as a matter of law on several issues in this matter.

   For the reasons stated on the record on September 4, 2014, and September 5, 2014, IT IS ORDERED that Linear's and NDI's Motion for Judgment as a Matter of Law Regarding Non-Infringement is DENIED.

   IT IS FURTHER ORDERED that Linear's and NDI's Motion for Judgment as a Matter of Law Regarding Willfulness is DENIED.

   IT IS FURTHER ORDERED that Linear's and NDI's Motion for Judgment as a Matter of

Law Regarding Damages is DENIED.

IT IS FURTHER ORDERED that Linear's and NDI's Motion for Judgment as a Matter of Law Regarding Inducement of Infringement is DENIED.


Dated:  September 8, 2014               /s/ Gershwin A. Drain
                                        GERSHWIN A. DRAIN
                                        UNITED STATES DISTRICT JUDGE


| CERTIFICATE OF SERVICE |
|---|
| Copies of this Order were served upon attorneys of record  on September 8, 2014, by electronic and/or ordinary mail. |
| /s/ Tanya Bankston<br>Deputy Clerk |