## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

ATTICA AUTOMATION, INC.

    *Plaintiff,*

v.

LINEAR GROUP SERVICES, LLC
and ND INDUSTRIES, INC.

    *Defendants.*

Case No. 2:13-cv-10108

Hon. Gershwin A. Drain

F I L E D

SEP - 8 2014

CLERK'S OFFICE
U. S. DISTRICT COURT
EASTERN MICHIGAN

### VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Charge of Court.

1.    Did Attica prove by a preponderance of the evidence that Linear directly infringed claim 1 of the Attica '724 patent?

    Answer "Yes" or "No": _____No_____

2.    Did Attica prove by a preponderance of the evidence that ND directly infringed claim 1 of the Attica '724 patent?

    Answer "Yes" or "No": _____No_____

3.    Did Attica prove by a preponderance of the evidence that ND induced Linear to directly infringe claim 1 of the Attica '724 patent?

**Answer "Yes" or "No":** _____*NO*_____

If you answered "No" to Questions 1, 2 and 3, you are done and do not need to answer any additional questions.  If you answered "Yes" to Questions 1, 2 or 3, please proceed to answer the remaining applicable questions.

4.    If you answered "Yes" to Question No. 1, what damages do you find Attica has proven it is more probable than not it has suffered as a result of Linear's infringement?

Answer: $_____

5.    If you answered "Yes" to either or both of Questions No. 2 or 3, what damages do you find Attica has proven it is more probable than not it has suffered as a result of ND's infringement?

Answer: $_____

6.      If you answered "Yes" to Question No. 1, did Attica prove by clear and convincing evidence that Linear willfully infringed claim 1 of the Attica '724 patent?

Answer "Yes" or "No": _____

7.      If you answered "Yes" to either or both of Questions No. 2 or 3, did Attica prove by clear and convincing evidence that ND willfully infringed claim 1 of the Attica '724 patent?

Answer "Yes" or "No": _____

*Sep. 8, 2014*
_____
DATE

**s/Jury Foreperson**
**In compliance with the Privacy Policy**
**Adopted by the Judicial Conference,**
**the verdict form with the original signature**
**has been filed under seal.**